

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-17-00046-CR
## NO. 02-17-00047-CR

JOSHUA ERIC TOWNLEY                                        APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

FROM THE 43RD DISTRICT COURT OF PARKER COUNTY
TRIAL COURT NOS. CR16-0114, CR16-0115

----------

## MEMORANDUM OPINION[1]

----------

Appellant Joshua Eric Townley timely filed a motion for new trial and a
notice of appeal from two judgments convicting him of sexual assault of a child.
*See* Tex. R. App. P. 21.4(a), 26.2(a)(2). The trial court subsequently timely
granted Townley's motion for new trial. *See* Tex. R. App. P. 21.8(a). The
granting of a motion for new trial restores the case to its position before the

---

[1]*See* Tex. R. App. P. 47.4.

former trial.  *See* Tex. R. App. P. 21.9(b).  Accordingly, on our own motion, we dismiss these appeals as moot.

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  March 9, 2017